| **Fill in this information to identify your case** | | | | |
|---|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | | |
| Debtor 1: | **Richard** | **R.** | **Beam** | Case #: **18-18187 MER** |
| | First Name | Middle Name | Last Name | |
| Debtor 2: | | | | Chapter: 13 |
| | First Name | Middle Name | Last Name | |

## Local Bankruptcy Form 3015-1.5
## Notice of Continued Date for 341 Meeting of Creditors

### Part 1   Notice

To all parties of interest:

The following dates have changed from the dates set forth in the Notice of Chapter 13 Bankruptcy Case which was dated February 9, 2018.

The 11 U.S.C. § 341 Meeting of Creditors previously scheduled for October 30, 2018, at 2:00 pm, has been continued to **November 13, 2018, at 3:00 pm**. The Meeting of Creditors will be held at Byron Rogers Federal Building, 1961 Stout St., Ste. 16-200, Room B, Denver, CO 80294.

### Part 2   Signature of Debtor's Attorney or Debtor

Dated this 10th day of October 2018

/s/ David M. Serafin
David M. Serafin, #33686
501 S. Cherry St., Ste. 1100
Denver, CO 80246
(303) 862-9124
david@davidserafinlaw.com

**CERTIFICATE OF MAILING**

      The undersigned hereby certifies that on the 10th day of October 2018, I served a copy of the foregoing Notice of Continued Date for 341 Meeting of Creditors by having a copy thereof mailed by U.S. mail, postage pre-paid, to the following:

Kristin Zilberstein, Esq.
Law Offices of Michelle Ghidotti
Attys. for Deutsche Bank National Trust Co.
1920 Old Tustin Ave.
Santa Ana, CA 92705

Hellerstein & Shore, PC
Attys. for Deutsche Bank National Trust Co.
5347 S. Valentia Way, Ste. 100
Greenwood Village, CO 80111-3107

                                                                                 /s/ David M. Serafin