UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)
Richard R. Beam, ) Case No. 18-18187 MER
SSN: xxx-xx-2607 ) Chapter 13
)
)
)
Debtor )

## Local Bankruptcy Form 3015-1.4
## Confirmation Status Report

### Part 1  Report

The debtor submits the following status report pursuant to L.B.R. 3015-1 and states as follows:

The debtor filed for chapter 13 relief on **September 18, 2018**. The debtor will attend the 11 U.S.C. § 341(a) Meeting of Creditors on **November 13, 2018**.

### Part 2  Notice and Service Date

The last plan to be noticed and served was dated **September 18, 2018, at docket no. 2.**

List all prior plans and dates of filing:

| Plan | Date of filing | Docket No. |
|---|---|---|
| Original Chapter 13 Plan | 9/18/2018 | 2 |
|  |  |  |
|  |  |  |
|  |  |  |

### Part 3  Objections

☒ The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Chapter 13 Trustee | Nothing yet |
| Deutsche Bank | 21 |

AND

☒ The debtor complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

### Part 4  Summary of Objections

L.B.F. 3015-1.4 (12/17)                                                                                                                   Page 1

| Objection | Debtor's response |
|---|---|
| Deutsche Bank National Trust Company submits that Debtor needs to provide the *Till* rate of interest for the $66,618.30 of mortgage arrears claimed.<br><br>The Chapter 13 Trustee has not yet filed an Objection to Confirmation as the rescheduled 341 hearing is now set for November 13, 2018, the day after this CSR | The sole reason Debtor filed for Chapter 13 relief is to stop a foreclosure sale regarding a second mortgage serviced by Deutsche Bank and to cure arrears. (Debtor long ago paid off his first mortgage.) Counsel intends to go over the numbers listed in the Deutsche Bank proof of claim to see whether Debtor agrees with the cure amount. Debtor intends to cure the mortgage arrears interest free as a Class II claim and so counsel doesn't believe that the *Till* rate of interest (usually reserved for Class III cram downs) is applicable.<br><br>The CSR is being filed early as counsel is on vacation from November 15-23, 2018. |

**Part 5   Resolution of Objections by Amended Plan**

**Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.**

   a. Filing of Amended Plan.

   ☒ The debtor intends to file an amended plan by **Friday, November 30, 2018 (which is after expiration of the November 27, 2018 claims bar date)**. The anticipated amended plan will make the following changes: **see Part IV above**.

   b. Treatment of Objections by Amended Plan.

   ☒ The amended plan is intended to resolve all of the objections filed;

   c. Notice of Amended Plan:

   ☒ Request to limit notice: **Debtor requests that notice be limited to the Trustee, counsel for Deutsche Bank and parties requesting notice.**

   d. Objection Time Period for Amended Plan:

   ☒ Request to shorten objection time period: the debtor requests the objection period set forth in Fed. R. Bankr. P. 2002(b) be shortened to **14 days**:

 **Part 6 Resolution of Objections by Judicial Determination**

**N/A.**

 **Part 7 Other Information of Status of Case**

**N/A.**

**Part 8 Signature of Debtor's Attorney or Debtor.**

                        Dated this 12th day of November 2018

                        /s/ David M. Serafin
                        David M. Serafin, #33686
                        501 S. Cherry St., Suite 1100
                        Denver, CO 80246
                        (303) 862-9124
                        david@davidserafinlaw.com

## CERTIFICATE OF SERVICE

I certify that I have served true and correct copies of the Confirmation Status Report, on this 12th day of November 2018, by U.S. Mail, postage pre-paid, to the following:

Douglas B. Kiel
Ch. 13 Bankruptcy Trustee
4725 S. Monaco St., Ste. 120
Denver, CO 80237

                        /s/ David M. Serafin